UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FARRUKHZOD MUZAFFAR UGLI )
FAYZIEV, )
 )
             Petitioner, )
 )
       v. )   No. 2:26-cv-00385-JPH-MJD
 )
MARKWAYNE MULLIN in his official )
capacity as Secretary of the Department )
of Homeland Security, )
 )
             Respondents. )

**ORDER TO EXPAND THE RECORD**

Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241. He alleges that he is in ongoing removal proceedings and that he is eligible for discretionary release from immigration detention under 8 U.S.C. § 1226(a). Dkt. 1 ¶¶ 5, 13.

Petitioner was ordered removed from the United States on May 5, 2026. Dkt. 11-1 at 7. Respondents assert that the removal order is final and that Petitioner is lawfully detained under 8 U.S.C. § 1231. Dkt. 11. In an amended response, Respondents acknowledge an assertion by Petitioner's counsel that an administrative appeal has been filed, such that the removal order is not final and § 1231 does not apply. Dkt. 12. However, Petitioner has not replied or made any other filings to clarify the issue, and the deadline has passed.

Pursuant to Rule 7 of the *Rules Governing § 2254 Cases*,[1] the Court orders the parties to expand the record as follows. Petitioner will have **through 5:00**

---

[1] *See also* Rule 1(b) ("The district court may apply any or all of these rules to a habeas corpus petition" brought under authority other than § 2254.).

1

**p.m. on July 10, 2026,** to file any evidence and argument regarding the finality of his removal order. Respondents will have **through 5:00 p.m. on July 17, 2026,** to respond. In the event the Respondents designate additional evidence, Petitioner will have **through 5:00 p.m. on July 24, 2026,** to reply.

**SO ORDERED.**

Date: 7/1/2026

*James Patrick Hanlon*

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel.